```
 USAEX           *        PUBLIC INFORMATION          *      01-18-2024
PAGE 001         *           INMATE DATA              *      18:46:55
                          AS OF 01-18-2024


REGNO..: 20895-104 NAME: LAFAUX-RIVERA, FRANCISCO JAVIER

                      RESP OF: MIA
                      PHONE..: 305-259-2100    FAX: 305-259-2160
                                               RACE/SEX...: BLACK / MALE
                                               AGE:  32
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 03-25-2026                         PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
 USAEX          *         PUBLIC INFORMATION          *      01-18-2024
PAGE 002         *            INMATE DATA             *      18:46:55
                           AS OF 01-18-2024

REGNO..: 20895-104 NAME: LAFAUX-RIVERA, FRANCISCO JAVIER

                 RESP OF: MIA
                 PHONE..: 305-259-2100   FAX: 305-259-2160
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 01-23-2025

FINAL STATUTORY RELEASE FOR INMATE.: 03-25-2026 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 245  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 07-23-2025 VIA FSA REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 20-20157-CR-BLOOM-00
JUDGE...........................: BLOOM
DATE SENTENCED/PROBATION IMPOSED: 07-29-2021
DATE COMMITTED..................: 05-18-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES            COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00           $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00



-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  859     46:1903 MARITIME DRUG
OFF/CHG: 46:70506(B) CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
         FIVE KILOGRAMS OR MORE OF COCAINE WHILE ON BOARD A VESSEL
         SUBJECT TO THE JURISDICTION OF THE UNITED STATES CT1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    84 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 01-26-2021




G0002       MORE PAGES TO FOLLOW . . .
```

```
   USAEX           *         PUBLIC INFORMATION          *     01-18-2024
PAGE 003 OF 003  *             INMATE DATA               *     18:46:55
                            AS OF 01-18-2024

REGNO..: 20895-104 NAME: LAFAUX-RIVERA, FRANCISCO JAVIER

                    RESP OF: MIA
                    PHONE..: 305-259-2100    FAX: 305-259-2160

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-13-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-05-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-29-2021
TOTAL TERM IN EFFECT............:    84 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS
EARLIEST DATE OF OFFENSE........: 01-26-2021

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     02-26-2020   07-28-2021

TOTAL PRIOR CREDIT TIME.........: 519
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 337
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 03-25-2026
ELDERLY OFFENDER TWO THIRDS DATE: 10-26-2024
EXPIRATION FULL TERM DATE.......: 02-25-2027
TIME SERVED.....................:     3 YEARS      10 MONTHS     24 DAYS
PERCENTAGE OF FULL TERM SERVED..:  55.6
PERCENT OF STATUTORY TERM SERVED:  64.0

PROJECTED SATISFACTION DATE.....: 07-23-2025
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 245




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```